UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Universal City Studios LLLP and Universal City Studios Productions LLLP,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Christopher Walls and Does 1 - 10, inclusive,<br><br>                    Defendants. | Case No. CV 08-7803 SVW (AJWx)<br><br>FINAL JUDGMENT |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment that has been executed on behalf of Plaintiffs Universal City Studios LLLP and Universal City Studios Productions LLLP (collectively "Plaintiffs"), on the one hand, and Defendant Christopher Walls ("Defendant"), on the other hand, and good cause appearing therefore, hereby:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      Plaintiffs are entitled to, and shall recover from Defendant on Plaintiffs' Complaint for Defendant's infringement, the sum of Thirty Thousand Dollars ($30,000.00).

2.      Plaintiffs are entitled to, and shall collectively recover from Defendant, interest accruing upon any unpaid portion of said $30,000.00 at the rate of ten percent (10%) per annum from the date of entry of judgment until paid in full.

3.      Plaintiffs are further entitled to, and shall collectively recover from the Defendant, their actual attorneys' fees, costs and expenses incurred after the date hereof relative to or in connection with enforcing, executing on, collecting on or confirming this Judgment according to proof.  The Court hereby retains jurisdiction to award such attorneys' fees, costs and expenses upon motion or application by Plaintiffs or their counsel.

THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.

IT IS SO ORDERED this 2nd day of January, 2013.

_____
Hon. Stephen V. Wilson
Judge, United States District Court
for the Central District of California